IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-00148-MSK-PAC

BARBARA A. FREEMAN,

    Plaintiff,

v.

SGT. KNIGHT, in Charge of Unit 6 D Pod,
c/o DINET, officer in Unit 6 D Pod, and
ASSOCIATE WARDEN NOBEL WALLACE, DWCF,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO MAKE
MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE

---

Order Entered by Magistrate Judge Patricia A. Coan

    Plaintiff has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Pursuant to § 1915(b)(2), plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to her account" until the filing fee is paid in full.  In the order granting plaintiff leave to proceed *in forma pauperis* pursuant to § 1915, plaintiff was instructed either to make the required monthly payments or to show cause **each month** why she has no assets and no means by which to make the monthly payment.  In order to show cause, plaintiff was directed to file a current certified copy of her inmate trust fund account statement.  Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this action.

Plaintiff repeatedly has failed to comply with her **monthly** requirement either to make a payment or to show cause why she cannot. Instead, as the chart below demonstrates, with the exception of one single payment in May 2005, plaintiff has paid or shown cause only in response to an order to pay or show cause which threatened dismissal of her case:

| | |
|---|---|
| 3/5/04 | plaintiff granted leave to proceed *in forma pauperis* and required to pay an initial partial filing fee of $4.00 |
| 3/25/04 | receipt of payment : $4.00 |
| 4/07/04 | receipt of payment: $5.00 |
| 3/1/05 | order to make monthly payment or show cause |
| 3/22/05 | motion for extension of time to catch up on payments |
| 3/29/05 | order granting motion for extension of time to catch up on payments due |
| 3/31/05 | receipt of payment: $3.50 |
| 5/12/05 | receipt of payment: $3.50 |
| 8/10/05 | order to make monthly payment or show cause |
| 8/31/05 | receipt of payment: $3.50 |

Monthly inmate account statements have never been filed in this case. Further, no payment was made nor was cause shown for the failure to pay in May, June, July, August, September, October, November and December of 2004; and in January, February, April, June, July, September, October, November and December of 2005. Thus, plaintiff has failed to satisfy her monthly obligation to pay or show cause in 16 out of the 24 months her case has been pending.

Plaintiff has again failed to make the required monthly payments or show cause why she has no assets and no means by which to make the monthly payments for the past four months – beginning with September of 2005. Therefore, plaintiff will be ordered either to make the required monthly payments or to show cause why she cannot.

It is not acceptable for plaintiff to meet her monthly obligations only when specifically called upon by the court through an order to pay or show cause. Such a procedure unreasonably burdens the court. Consequently, hereafter I will require plaintiff, on or before the **30th** day of **each** month, and without further notice from or order of the Court, either to make the required monthly payment for the preceding month or to file a certified copy of her inmate trust fund account statement for the preceding month demonstrating that she has no assets and no means by which to make the monthly payment. If plaintiff fails hereafter to comply with this requirement in any month prior to the date on which the fling fee is paid in full, I will recommend that the case be dismissed for failure to comply with this order and with the order allowing plaintiff to proceed *in forma pauperis* entered May 21, 2004.

IT IS ORDERED that plaintiff shall have until 15 days from the date of this order to make the required monthly payments of 20 percent of each month's income credited to her account for September, October, November and December of 2005 or to show cause why she cannot make the required monthly payments.

IT IS FURTHER ORDERED that on the 30th day of **each** month hereafter plaintiff shall either make the required monthly payment for the preceding month or file

a certified copy of her inmate trust fund account statement for the preceding month demonstrating that she has no assets and no means by which to make the monthly payment.

**IT IS FURTHER ORDERED that if plaintiff fails to comply with this order, the complaint and the action will be dismissed without further notice.**

DATED at Denver, Colorado, this 16th day of December, 2005.

> BY THE COURT:
> s/Patricia A. Coan
> Patricia A. Coan
> United States Magistrate Judge