IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00148-MSK-PAC

BARBARA A. FREEMAN,

      Plaintiff,

v.

ASSOCIATE WARDEN NOBEL WALLACE, DWCF and
ELIZABETH DINET,

      Defendant.

_____

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR WITHDRAWAL
OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND FOR LEAVE TO
FILE AMENDED MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S
SECOND AMENDED COMPLAINT**

_____

      This matter comes before the Court upon Defendants' Unopposed Motion for Withdrawal

of Defendants' Motion for Summary Judgment and for Leave to File Amended Motion for

Summary Judgment as to Plaintiff's Second Amended Complaint **(#80)**.  The Court having

reviewed Defendants' unopposed Motion hereby GRANTS said Motion.

      Defendants' Motion for Summary Judgment [filed in this matter on January 4, 2006 and

entered as document number 64 on the Court's docket] is deemed WITHDRAWN (without

prejudice) and Defendants are granted leave to file an Amended Motion for Summary Judgment

as to Plaintiff's Second Amended Complaint [filed in this matter on February 17, 2006 and

entered as document number 78 on the Court's docket].

DATED this 27th day of February 2006.

BY THE COURT:

Marcia S. Krieger
United States District Judge