IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00148-MSK-PAC

BARBARA A. FREEMAN,

    Plaintiff,

v.

c/o DINET, Officer in Unite 6 D Pod, and
ASSOCIATE WARDED NOBEL WALLACE, DWCF,

    Defendants.
_____

**ORDER DIRECTING PLAINTIFF TO MAKE
MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE**
_____

By Order of March 5, 2004, plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Under §1915(b)(2), plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to her account" until the filing fee is paid in full.  In the order granting plaintiff leave to proceed *in forma pauperis*, plaintiff was instructed either to make the required monthly payments or to show cause **each month** why she has no assets and no means by which to make the monthly payment.  In order to show cause, plaintiff was directed to file a certified copy of her inmate trust fund account statement.  Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this civil action.

To date, plaintiff made one payment of $1.00 on April 5, 2006.  Notwithstanding, Plaintiff has failed to make the required monthly payment or show cause why she has

no assets and no means by which to make the monthly payments for the months of <u>May and June 2006.</u> Therefore, plaintiff will be ordered either to make the required monthly payments or to show cause why she cannot.

It is not acceptable for plaintiff to meet her monthly obligations only when specifically called upon by the Court through an order to pay or show cause. Such a procedure unreasonably burdens the Court. Consequently, hereafter I will require plaintiff, by the **15th day** of **each** month and without any further notice from or order of the Court, either to make the required monthly payment for each preceding month or to file a certified copy of her inmate trust fund account statement for the preceding month demonstrating that she has no assets and no means by which to make the monthly payment. If plaintiff fails hereafter to comply with this requirement in any month prior to the date on which the filing fee is paid in full, I will recommend that the case be dismissed for failure to comply with this Order and with the Order allowing plaintiff to proceed *in forma pauperis* entered March 5, 2004.

**IT IS ORDERED** that plaintiff shall either make payments of 20% of her trust account balance for the months of May and June 2006 or she shall show cause in writing no later than **July 1, 2006** why she has not made payments nor filed a certified copy of her inmate trust account showing that she had no assets and no ability to pay for the months of May and June 2006.

**It is further ORDERED** that without any further orders of the court, by the **15th day** of **each** month beginning on **July 15, 2006**, plaintiff shall either make the required monthly payment for each month or she shall file a certified copy of her inmate trust

2

fund account statement for the month demonstrating that she is not required pursuant to 28 U.S.C. § 1915(b)(2) to make a monthly payment. Furthermore, if payment is made for the preceding month, in order to verify that the appropriate amount is being paid, the plaintiff must file a certified copy of her trust fund account statement for that month. The civil action number should be noted on all payments as well as on any trust fund statements that are filed with the court.

**IT IS FURTHER ORDERED that if plaintiff fails to fully comply with this Order, the Complaint and this civil action may be dismissed without further notice.**

DATED: June 13th, 2006.

BY THE COURT:

s/Patricia A. Coan

Patricia A. Coan
United States Magistrate Judge

3