IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00148-MSK-PAC

BARBARA A. FREEMAN,

    Plaintiff,

v.

c/o DINET, Officer In Unit 6 D Pod, and
ASSOCIATE WARDEN NOBEL WALLACE, DWCF,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that plaintiff's Unopposed Motion to Amend Scheduling Order, filed and referred on June 28, 2006 [doc. # 89] is **granted in part and denied in part** as follows:

    The written discovery deadline is now **September 30, 2006**;

    The deadline for taking depositions is now **November 30, 2006**; and the

    Dispositive motions deadline is now **October 6, 2006**.  <u>This deadline will not be extended.</u>

Dated:  June 30, 2006