IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00148-MSK-PAC

BARBARA A. FREEMAN,

    Plaintiff(s),

v.

c/o DINET, Officer In Unit 6 D Pod, and
ASSOCIATE WARDEN NOBEL WALLACE, DWCF,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Unopposed Motion to Change Settlement Conference Date [filed July 10, 2006; Doc. No. 98] is **GRANTED** as follows:

    The Settlement Conference set for July 12, 2006 is *vacated and reset* to **August 15, 2006 at 3:00 p.m.** Parties, attorneys and client representatives will full settlement authority must be present. Plaintiff must be available by telephone.

    Confidential Settlement Statements are due on or before **August 10, 2006,** and should be e-mailed to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov.

    Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge Patricia A. Coan.

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated: July 11, 2006