IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00148-MSK-PAC

BARBARA A. FREEMAN,

    Plaintiff(s),

v.

c/o DINET, Officer In Unit 6 D Pod, and
ASSOCIATE WARDEN NOBEL WALLACE, DWCF,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
July 11, 2006

    IT IS HEREBY **ORDERED** that plaintiff's Motion for Leave to Submit Quarterly Fee Payments, Doc. # 95, is **GRANTED**.  It is

    **FURTHER ORDERED** that plaintiff shall make a partial payment toward the filing fee in her case on or before **October 15, 2006** for the preceding three months of July, August and September, 2006 or show cause that she has no assets and no means by which to make the payments.  Plaintiff shall aggregate her payments each fourth month thereafter and make a partial payment for the preceding three months.  Accordingly, it is

    **FURTHER ORDERED** that those portions of the December 16, 2005 order and the June 14, 2006 order requiring monthly payments and/or monthly account statements ONLY are **vacated** and this order shall control the schedule of future partial payments toward the filing fee.

    **Plaintiff further is advised that failure to make the quarterly payments as ordered may result in the dismissal of her case**.